Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT RODRIGUEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC CORPORATION, GENERAL ELECTRIC DISABILITY PLAN,<br><br>            Defendant. | Case No.:  2:11-CV-0551-KJD-LRL<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants General Electric Corporation and General Electric Disability Plan ("Defendants"), by and through its counsel Jill Garcia of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and Plaintiff Robert Rodriguez ("Plaintiff"), that all claims asserted in this matter shall be and hereby are dismissed without prejudice.

///

///

///

///

Each party is to bear its own attorney's fees and costs.

**IT IS SO STIPULATED:**

Dated: July 13, 2011.                                    Dated: July 13, 2011.

SCOTT E. DAVIS, P.C.                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Scott E. Davis*                                     */s/ Jill Garcia*
Scott E. Davis                                           Jill Garcia
Nevada State Bar No. 8788                                Nevada State Bar No. 7805
2000 S. Eastern Avenue                                   Wells Fargo Tower
Las Vegas, NV 89104                                      Suite 1500
                                                         3800 Howard Hughes Parkway
*Attorney for Plaintiff*                                 Las Vegas, NV 89169

*Attorneys for Defendants
General Electric Corporation, and
General Electric Disability Plan*

**ORDER**

IT IS SO ORDERED.

Dated this __14__ day of __July__, 2011.

_____
DISTRICT COURT JUDGE

10579343.1 (OGLETREE)

2